IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| KRISTI SMOYER, EZZAT MOHAMED, KELLI KRALL, LISA SEESE, JEREMY GINGHER and ANTHONY SELLERS, | : : : | |
| Plaintiffs, | : | 5:21-cv-04682-EGS |
| v. | : : | |
| SPEEDWAY LLC, | : : | |
| Defendant. | : : | |

## NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby

**VOLUNTARILY DISMISS** this action without prejudice.

Date:  January 4, 2022

/s/ Mark J. Gottesfeld
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
mgottesfeld@winebrakelaw.com

Plaintiffs' Counsel